Exhibit "B"

## 2 Light-Duty Truck Shared Options

VALUES SHOWN BELOW ARE TO BE ADDED TO TRUCK'S GUIDEBOOK VALUE.
TRIM LEVEL VALUES DO NOT INCLUDE THE FOLLOWING EQUIPMENT.

| | | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|
| Auxiliary Fuel Tank | Trade-In/Loan | 125 | 125 | 100 | 100 | 100 | 100 | 75 | 75 |
| | Retail | 150 | 150 | 125 | 125 | 125 | 125 | 100 | 100 |
| Bed Liner | Trade-In/Loan | | 125 | 100 | 100 | 100 | 100 | 75 | 75 |
| | Retail | | 150 | 125 | 125 | 125 | 125 | 100 | 100 |
| Fiberglass Cap (Pickups) | Trade-In/Loan | | 650 | 600 | 550 | 500 | 450 | 400 | 350 |
| | Retail | | 725 | 675 | 625 | 575 | 500 | 450 | 400 |
| Fixed Running Boards | Trade-In/Loan | 150 | 150 | 150 | 125 | 125 | 100 | 100 | 75 |
| | Retail | 175 | 175 | 175 | 150 | 150 | 125 | 125 | 100 |
| Luggage Rack | Trade-In/Loan | 75 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| | Retail | 100 | 75 | 75 | 75 | 75 | 75 | 75 | 75 |
| Roll Bar (Pickups) | Trade-In/Loan | | 275 | 250 | 225 | 200 | 175 | 150 | 125 |
| | Retail | | 325 | 300 | 250 | 225 | 200 | 175 | 150 |
| Snow Plow Pkg/Plow | Trade-In/Loan | 2000 | 1800 | 1300 | 1100 | 1000 | 900 | 800 | 750 |
| | Retail | 2225 | 2000 | 1450 | 1225 | 1125 | 1000 | 900 | 850 |
| Towing/Camper Pkg | Trade-In/Loan | 250 | 250 | 200 | 175 | 150 | 150 | 125 | 100 |
| | Retail | 300 | 300 | 225 | 200 | 175 | 175 | 150 | 125 |
| Winch | Trade-In/Loan | 325 | 325 | 300 | 275 | 250 | 225 | 200 | 175 |
| | Retail | 375 | 375 | 350 | 325 | 300 | 250 | 225 | 200 |

Model numbers may vary with AWD, 4WD, bed style and/or DRW. See below for variations.

### BUICK - CHEVROLET - GMC - OLDSMOBILE - PONTIAC - SATURN
4WD/AWD models have the following letter as the 1st or 2nd position of the Model #:

| ASTRO/SAFARI | L | MINIVANS (2004 - 2003) | V |
| S10/SONOMA | T | MINIVANS (2006 - 2005) | X |
| COLORADO/CANYON | T | G SERIES VANS | H |

### CHRYSLER - DODGE
4WD/AWD models have the following letter as the 1st position of the Model #:

| DAKOTA (2004 - 2003) | G |
| DAKOTA (2009 - 2005) | W |
| MINIVANS | T |

### FORD
4WD/DRW and Flareside models have the following numbers:

| RANGER | 1 or 5 (3rd position) |
| F SERIES Flareside | 0 (2nd position) |
| F 350 DRW | 2 or 3 (3rd position) |

### TOYOTA
AWD models have the following letter as the 1st position of the Model #:

| SIENNA (2009 - 2004) | B |
| SIENNA (2010) | D or J |

---

| Rough Trade-In | Average Trade-In | Clean Trade-In | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| | | | **ACURA** | | | | | |

### ACURA
**2010 RDX-4 Cyl. Turbo-AWD** — Mileage Class: III
- Utility 4D (2WD) .... TB2H2 32520 3743
- Utility 4D Technology (2WD) ... TB2H5 35620 3752
- Utility 4D .... TB1H2 34520 3931
- Utility 4D Technology .... TB1H5 37620 3942

Add Theft Recovery System ........

**2010 MDX-V6-AWD** — Mileage Class: IV
- Utility 4D .... YD2H2 42230 4550
- Utility 4D Technology .... YD2H6 45905 4550
- Utility 4D Technology DVD .... YD2H4 47805 4570
- Utility 4D Advance .... YD2H5 51855 4603
- Utility 4D Advance DVD .... YD2H7 53755 4627

Add Theft Recovery System ........

**2010 ZDX-V6-AWD** — Mileage Class: IV
- Wagon 4D .... YB1H2 45495 4424
- Wagon 4D Technology .... YB1H4 49995 4431
- Wagon 4D Advance .... YB1H6 56045 4462

Add Theft Recovery System ........

### ACURA
**2009 RDX-4 Cyl. Turbo-AWD** — Mileage Class: III

| 23750 | 25475 | 26900 | Utility 4D .... TB182 33695 3933 | 24225 | 30850 |
| 25825 | 27600 | 29050 | Utility 4D Technology .... TB185 36995 3942 | 26150 | 33075 |

100 Add Theft Recovery System ........ 100 125

**2009 MDX-V6-AWD** — Mileage Class: IV

| 28950 | 31275 | 33225 | Utility 4D .... YD282 40790 4535 | 29925 | 37375 |
| 31750 | 34125 | 36100 | Utility 4D Technology .... YD286 44840 4561 | 32500 | 40350 |
| 32500 | 34875 | 36875 | Utility 4D Technology DVD .... YD284 46590 4579 | 33200 | 41125 |
| 32950 | 35325 | 37325 | Utility 4D Sport .... YD287 46940 4575 | 33600 | 41600 |
| 33675 | 36075 | 38075 | Utility 4D Sport DVD .... YD288 48690 4590 | 34275 | 42375 |

100 Add Theft Recovery System ........ 100 125

### ACURA
**2008 RDX-4 Cyl. Turbo-AWD** — Mileage Class: III

| 20700 | 22375 | 23750 | Utility 4D .... TB182 33195 3924 | 21375 | 27600 |
| 22575 | 24300 | 25700 | Utility 4D Technology .... TB185 36695 3935 | 23150 | 29625 |

100 Add Theft Recovery System ........ 100 125

**2008 MDX-V6-AWD** — Mileage Class: IV

| 25950 | 28225 | 30125 | Utility 4D .... YD282 40195 4539 | 27125 | 34200 |
| 28650 | 30975 | 32925 | Utility 4D Technology .... YD28(3/6) 43695 4550 | 29650 | 37075 |
| 29400 | 31725 | 33675 | Utility 4D Technology DVD .... YD284 45895 4578 | 30325 | 37850 |
| 29825 | 32175 | 34125 | Utility 4D Sport .... YD28(5/7) 45795 4554 | 30725 | 38300 |